# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>APPLICATION OF VALTER LUIS MACEDO DE CARVALHAES PINHEIRO TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDIN UNDER 28 U.S.C 1782 | Case No. 1:26-CV-01479-UNA |

STATE OF DELAWARE }
} ss.
COUNTY OF KENT }

I, Sean Boykevich, of Parcels, Inc., the State of Delaware, County of Kent, being duly sworn, says that on the 18th day of November 2026 at 9:52 a.m., I personally served 2 copies of an APPLICANTS MOTION FOR LEAVE TO FILE UNDER SEAL, PROPOSED ORDER GRANTING APPLICANT'S MOTION FOR LEAVE TO FILE UNDER SEAL, APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING, PROPOSED ORDER GRANTING THE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. 1782 TO CONDUCT DISCOVERY FOR US IN A FOREIGN PROCEEDING, MEMORANDUM OF LAW IN SUPPORT OF APPLICAT'S MOTION FOR LEAVE TO FILE UNDER SEAL, CIVIL COVER SHEET, RULE 73.1, DECLARATION OF ANDRE CARAVIERI IN SUPPORT OF APPLICANT'S MOTION TO SEAL (Filed Under Seal), MEMORANDUM OF LAW IN SUPPORT OF APPLICATION OF VALTER LUIS MACEDO DE CARVALHAES PINHEIRO TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. 1782 (Filed Under Seal), DECLARATION OF ANDRE CARAVIERI IN SUPPORT OF APPLICATION TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. 1782 (Filed Under Seal), EXHIBIT A-E(Filed Under Seal), DECLARATION OF DENISE S KRAFT IN SUPPORT OF THE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING, and EXHIBIT 1-2 on **Metropolitan II Assets LLC** by serving the Delaware Secretary of State located at 401 Federal Street, Suite 4, Dover, DE 19901.

Name of individual accepting service: Left in the service of process bin

Sean Boykevich

Subscribed and sworn before me
This 18th day of November 2026
Notary Public

My commission expires:

SHELLY RAE MILES
NOTARY PUBLIC
STATE OF DELAWARE
Kent County
Registration No. 20251201000021
My Commission Expires December 2, 2027